# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**FREDERICK HERROD**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:25-CV-5154**

**PAMELA JO BONDI, United States Attorney General**                **DEFENDANT**

## ORDER

On November 17, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint and issued a Report and Recommendation ("R&R") (Doc. 13). She recommends the Complaint be dismissed for failure to state a claim. On December 8, 2025, Plaintiff filed an Objection (Doc. 14) to the R&R; however, that Objection is not proper because it fails to engage with the Magistrate Judge's reasoning in any respect. *See* 28 U.S.C. § 636(b)(1)(C). Nevertheless, the Court conducted a *de novo* review of the entire record and finds the R&R should be adopted in full.

**IT IS THEREFORE ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED**, and the Complaint is **DISMISSED** under 28 U.S.C. § 1915A(b)(1) for failure to state a claim. Plaintiff is warned that this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk is **DIRECTED** to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED** on this 8th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy L. Brooks
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE